**ADAM J. FISHBEIN, P.C.**
ATTORNEY AT LAW

483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

September 16, 2011

**VIA ECF**
The Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**RE:** **Liantonio v. Lavintman**
**11 CV 1292 (SJF)**

Dear Judge Feuerstein:

I represent the plaintiff in the above referenced matter. In the Court's initial briefing schedule, the Court ordered that plaintiff's reply brief concerning the cross-motion be due on September 9, 2011. Being that we extended the schedule by a week, plaintiff's reply is due today. Since I was on a brief vacation from Monday to Wednesday, I respectfully request an extension until September 23, 2011 to file the reply brief.

Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

Cc:   Sergio Alves, Esq.