D/F

## ADAM J. FISHBEIN, P.C.
ATTORNEY AT LAW
483 Chestnut Street
Cedarhurst, New York 11516

Telephone (516) 791-4400
Telecopier (516) 791-4411

September 16, 2011

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ SEP 19 2011 ★

LONG ISLAND OFFICE

<u>VIA ECF</u>
The Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: **Liantonio v. Lavintman**
    **11 CV 1292 (SJF)**

Dear Judge Feuerstein:

    I represent the plaintiff in the above referenced matter. In the Court's initial briefing schedule, the Court ordered that plaintiff's reply brief concerning the cross-motion be due on September 9, 2011. Being that we extended the schedule by a week, plaintiff's reply is due today. Since I was on a brief vacation from Monday to Wednesday, I respectfully request an extension until September 23, 2011 to file the reply brief.

    Thank you for the Court's consideration of the foregoing.

Yours faithfully,

/s/
Adam J. Fishbein

Cc: Sergio Alves, Esq.

**Order**
The application is:
✓ granted
___ denied
___ referred to Magistrate Judge _____ for
    ___ decision
    ___ report and recommendation

/s/ _____ 9/19/2011