

200 SUMMIT LAKE DRIVE, VALHALLA, NY 10595
TEL: 914.449.1000   FAX: 914.449.1100   WWW.KBRLAW.COM

October 28, 2011

SERGIO ALVES
DIRECT: 914.449.1197
SALVES@KBRLAW.COM

BY ECF

Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-4438

Re:   *Nicola Liantonio v. Joel W. Lavintman d/b/a Goggins & Lavintman, P.A.*
      Case No. 2:11-cv-01292-SJF-AKT

Dear Judge Feuerstein:

We represent Defendant Goggins & Lavintman, P.A. in the referenced action. Please allow this letter to memorialize a discussion with Your Honor's Chambers this afternoon.

This action was previously scheduled for a status conference before the Court on Monday, October 31, 2011. The parties jointly requested an adjournment of the conference during the discussion and were advised that it would be adjourned to November 29, 2011 at 11:15 a.m.

The Court's consideration of the parties' request is appreciated.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Sergio Alves

cc:

Adam J. Fishbein

NEW YORK CITY     WESTCHESTER     LONG ISLAND     NEW JERSEY     LOS ANGELES

1676437