

**KAUFMAN BORGEEST & RYAN LLP**

200 SUMMIT LAKE DRIVE, VALHALLA, NY 10595
TEL: 914.449.1000   FAX: 914.449.1100   WWW.KBRLAW.COM

November 25, 2011

SERGIO ALVES
DIRECT: 914.449.1197
SALVES@KBRLAW.COM

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 28 2011 ★

LONG ISLAND OFFICE

BY ECF

Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-4438

Re:   *Nicola Liantonio v. Joel W. Lavintman d/b/a Goggins & Lavintman, P.A.*
      Case No. 2:11-cv-01292-SJF-AKT

We represent Defendant Goggins & Lavintman, P.A. in the referenced action. Further to instructions received from Your Honor's Chambers, we submit this letter jointly with Plaintiff.

A status conference in this matter, following an earlier adjournment, is currently scheduled for Tuesday, November 29, 2011 at 11:15 a.m. *See* Doc. 17. In light of the pendency of Defendant's Motion to Dismiss or in the Alternative for Summary Judgment (Doc. 10) and Plaintiff's Cross-Motion to File an Amended Complaint (Doc. 11), the parties respectfully request a further adjournment of the status conference to Thursday, December 29, 2011 at 11:15 a.m.

The Court's consideration of the parties' request is appreciated.

Respectfully submitted,

KAUFMAN BORGEEST & RYAN LLP

Sergio Alves

cc:

Adam J. Fishbein

Order
The application is:
✓ granted
___ denied
___ referred to Magistrate Judge_____ for
    ___ decision
    ___ report and recommendation

U  11/28/2011